UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| TIMOTHY LYNN BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:11-0104 |
| | ) | Judge Campbell/Brown |
| RIC WILSON, et al., | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The plaintiff has sent the Clerk a request for information. The Clerk is not allowed to provide legal advice to the parties in the case. The plaintiff is the one who selects the defendants and it does not appear that any of the defendants are employees of the United States Government.

The plaintiff asked about the status of service of process in this matter referring to Docket Entry No. 9. The Magistrate Judge has reviewed the docket sheet again and it appears that at the present time the Clerk has issued summonses for the defendants in this matter and those summonses have been sent to the U.S. Marshal for service. Service is normally accomplished by certified mail. At the present time the Marshal's office has not returned any of the certified receipts (green cards) for any of the defendants. Thus, the Magistrate Judge cannot tell if any of the defendants have yet been actually served with the process which was issued by the Clerk. The plaintiff will receive notification from the Clerk when the certified receipts are returned. The time for filing a response to the complaint will only begin once the parties have actually received process from the Marshal.

It is so **ORDERED**.

                                                <u>s/ Joe B. Brown</u>
                                                JOE B. BROWN
                                                United States Magistrate Judge