IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIMOTHY LYNN BREWER )
)
v. ) NO. 1-11-0104
) JUDGE CAMPBELL
RIC WILSON, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 138), Objections filed by the Plaintiff (Docket No. 141) and Objections filed by the Defendants (Docket No. 142).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff and the Objections of the Defendants are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion to Dismiss without Prejudice (Docket No. 117) is GRANTED, and this action is DISMISSED without prejudice. The Clerk is directed to close the file. Any pending Motions are DENIED as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE